

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL J. DIXSON, PDG, INC. and PDG PRESTIGE, INC., | § | No. 08-23-00144-CV |
| | § | Appeal from The |
| Appellants, | | |
| | § | County Court at Law No. 6 |
| v. | | |
| | § | of El Paso County, Texas |
| DENNIS CRIMMINS, WHITE SANDS CONSTRUCTION, INC., | § | (TC#2020 - DCV-3461) |
| CRIMMINS FAMILY LIMITED PARTNERSHIP, and MDDC INVESTMENTS, LLC, | | |
| | | |
| Appellees. | | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 20th day of February 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.